984

No. 97–5423. WASHINGTON ET AL. v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 97–5604. WEBER v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 97–5643. SARGA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5644. BELL v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 97–5655. DURHAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5659. MCALPINE v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 97–5704. STRONG v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5962. HERNANDEZ v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 97–5975. ROLLING v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 97–5983. BRADFORD v. WHITE ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–6005. LANE v. NATIONAL DATA CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 97–6010. JONES v. WASHINGTON, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied.

No. 97–6027. CALVIN v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL. C. A. 5th Cir. Certiorari denied.

No. 97–6030. MOMIENT-EL v. DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.